IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN SPINK, SR. AND SHANNON SPINK DESHIELDS AKA SHANNON SPINK AS CO-ADMINISTRATORS OF THE ESTATE OF JOHN SPINK, JR., DECEASED<br><br>PLAINTIFFS,<br>V.<br>THE GIANT COMPANY, LLC<br>AND<br>WRG EXETER, LLC<br>AND<br>CS EXETER, LLC<br>AND<br>WHARTON REALTY GROUP<br><br>DEFENDANTS. | C.A. NO._____ |

# ORDER OF COURT

AND NOW, this ___ day of _____, 2026, upon consideration of the Notice of Removal of Defendant, The GIANT Company, LLC, it is hereby ordered that the above-captioned action is removed on **diversity-of-citizenship jurisdictional grounds** from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

IT IS SO ORDERED,

_____
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN SPINK, SR. AND SHANNON SPINK DESHIELDS AKA SHANNON SPINK AS CO-ADMINISTRATORS OF THE ESTATE OF JOHN SPINK, JR., DECEASED )<br><br>PLAINTIFFS, )<br>V. )<br>THE GIANT COMPANY, LLC )<br>AND )<br>WRG EXETER, LLC )<br>AND )<br>CS EXETER, LLC )<br>AND )<br>WHARTON REALTY GROUP )<br><br>DEFENDANTS. | C.A. NO._____ |

# NOTICE OF REMOVAL

AND NOW, Comes the Defendant, The GIANT Company, LLC, by and through its attorneys, Marshall Dennehey, P.C., and pursuant to 28 U.S.C. § 1441 *et seq*., asserts the following in support of this Notice of Removal of the above-captioned action from the Court of Common Pleas of Philadelphia, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania:

1. A civil action styled *John Spink, Sr. and Shannon Spink DeShields aka Shannon Spink as Co-Administrators of the Estate of John Spink, Jr., deceased, Plaintiffs, v. The GIANT Company, LLC, WRG Exeter, LLC, CS Exeter, LLC and Wharton Realty Group*, *Defendants*, was commenced via Writ of Summons filed on October 6, 2025 with the Court of Common Pleas of Philadelphia County, Pennsylvania at Case 251000588 attached hereto as Exhibit A.  Plaintiffs' Complaint was filed on December 23, 2025 in the Court of Common Pleas of Philadelphia County, Pennsylvania at Case No. 251000588.  A true and correct copy of Plaintiffs' Complaint is appended hereto as Exhibit

B.  Appended hereto as Exhibits B through O are true and correct copies of all other filings with the Court of Common Pleas of Philadelphia County in Plaintiffs' state court action.

2.  Per Plaintiffs' Complaint, this negligence case concerns an October 9, 2023 incident involving the decedent, John Spink, Jr., who allegedly fell through a skylight on the roof of the premises.  (See Exhibit "B").

3.  There exists complete diversity of citizenship between both Plaintiffs and Defendants. Specifically:

    a.  Per their Complaint, Plaintiffs are citizens of the Commonwealth of Pennsylvania and domiciled at 202 West 40th Street, Reading, PA  19606.

    b.  WRG Exeter, LLC, is a limited liability company organized and existing under the laws of the State of Delaware.

    c.  CS Exeter, LLC, is a limited liability company organized and existing under the laws of the State of Delaware.

    d.  Wharton Realty Group is a business corporation organized and existing under the laws of the State of New York.

    e.  The Giant Company, LLC is a limited liability company organized and existing under the laws of the State of Nevada.

    f.  The Giant Company, LLC's sole member is Giant Carlisle Holding, LLC, a limited liability company organized and existing under the laws of the State of Delaware.

    g.  Giant Carlisle Holding, LLC's sole member is Ahold Central Holdings LLC, a limited liability company organized and existing under the laws of the State of Delaware.

    h.  Ahold Central Holdings LLC's sole member is Ahold U.S.A., Inc., a business corporation organized and existing under the laws of the State of Maryland and which maintains its principal place of business in Quincy, Massachusetts.

4.  Accordingly, for purposes of diversity jurisdiction, Plaintiffs are citizens of the Commonwealth of Pennsylvania, while Defendants collectively are citizens of the States of Delaware, Nevada, Maryland, Massachusetts, and New York.

5. It is believed this action concerns a matter in controversy exceeding the sum or value of $75,000.00, exclusive of interest and costs. Specifically and per the Complaint, plaintiffs claim that the decedent died as a result of falling through the skylight of the roof at the premises. Plaintiffs seek recovery for wrongful death and survival, as well as future lost earning capacity.

6. This Notice of Removal is filed within thirty days of the December 23, 2025 date-of-service of Plaintiffs' Complaint upon The Giant Company, LLC, which constituted the initial pleading setting forth a claim for relief upon which this action is based.

7. This action thus is one over which the District Courts of the United States possess original jurisdiction pursuant to 28 U.S.C. § 1332: there exists complete diversity of citizenship between Plaintiffs and Defendants, and the amount in controversy is believed to exceed the sum or value of $75,000.00, exclusive of interest and costs.

8. Written notice of the filing of this Notice of Removal will be promptly served upon counsel for Plaintiffs after filing the same with the United States District Court for the Eastern District of Pennsylvania, as required by law. Additionally, a true and correct copy of this Notice of Removal will be filed with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania, promptly after the filing of the Notice with the United States District Court for the Eastern District of Pennsylvania, as required by law.

9. As set forth in the accompanying Consent to Notice of Removal, Co-Defendants WRG Exeter, LLC, CS Exeter, LLC and Wharton Realty Group consent to this Notice of Removal and Relief Requested herein.

10. By filing this Notice of Removal, Defendants do not waive any defense which may be available to them in this action.

WHEREFORE, Defendant, The GIANT Company, LLC, respectfully requests that this Honorable Court assume subject matter jurisdiction over this action on the basis of diversity jurisdiction as set forth in this Notice of Removal.

        Respectfully submitted by,
        Marshall Dennehey Warner Coleman & Goggin

        */s/ Laurianne Falcone*

        Laurianne Falcone, Esquire
        Pa. I.D. # 85764

        2000 Market Street – Suite 2300,
        Philadelphia, PA 19103
        Tele. No.: (215) 575-2715
        E-mail: LAFalcone@mdwcg.com

        Attorney for Defendant,
        The Giant Company, LLC

Dated: 1/19/2026

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN SPINK, SR. AND SHANNON SPINK DESHIELDS AKA SHANNON SPINK AS CO-ADMINISTRATORS OF THE ESTATE OF JOHN SPINK, JR., DECEASED )))) | C.A. NO._____ |
| PLAINTIFFS, ) | |
| V. ) | |
| THE GIANT COMPANY, LLC ) | |
| AND ) | |
| WRG EXETER, LLC ) | |
| AND ) | |
| CS EXETER, LLC ) | |
| AND ) | |
| WHARTON REALTY GROUP ) | |
| DEFENDANTS. | |

## CONSENT TO REMOVAL

I, Barry A. Kronthal, Esquire, certify that I am counsel for Defendants, WRG Exeter LLC, CS Exeter, LLC and Wharton Realty Group, and I hereby consent to the removal of the above-captioned action from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted by,

MARGOLIS EDELSTEIN

_____/s/_____

Barry A. Kronthal, Esquire
Pa. I.D. #55672
E-mail:  bkronthal@margolisedelstein.com
214 Senate Avenue, Suite 402
Camp Hill, PA  17011
Tele. No.: 717-760-7503
Attorneys for Defendants, WRG Exeter, LLC,
CS Exeter, LLC and Wharton Realty Group

5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN SPINK, SR. AND SHANNON SPINK DESHIELDS AKA SHANNON SPINK AS CO-ADMINISTRATORS OF THE ESTATE OF JOHN SPINK, JR., DECEASED )<br>)<br>)<br>) | C.A. NO._____ |
| )<br>PLAINTIFFS, )<br>V. )<br>THE GIANT COMPANY, LLC )<br>AND )<br>WRG EXETER, LLC )<br>AND )<br>CS EXETER, LLC )<br>AND )<br>WHARTON REALTY GROUP )<br>)<br>DEFENDANTS. | |

## PROOF OF FILING

I, Laurianne Falcone, Esquire, hereby certify that a true and correct copy of Defendant's Notice of Removal in the above-captioned action shall be filed with the Court of Common Pleas of Philadelphia County, Pennsylvania at Docket No. 251000588 upon this Honorable Court's acceptance for filing of such Notice and the issuance of a Civil Action Number for this removed action.

Respectfully submitted by,

MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN

*/s/ Laurianne Falcone*
_____
Laurianne Falcone, Esquire
Pa. I.D. # 85764

2000 Market Street – Suite 2300,
Philadelphia, PA 19103
Tele. No.: (215) 575-2715
E-mail: LAFalcone@mdwcg.com

Attorney for Defendant, The Giant Company, LLC

Dated: 1/19/2026

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN SPINK, SR. AND SHANNON SPINK DESHIELDS AKA SHANNON SPINK AS CO-ADMINISTRATORS OF THE ESTATE OF JOHN SPINK, JR., DECEASED<br><br>PLAINTIFFS,<br>V.<br>THE GIANT COMPANY, LLC<br>AND<br>WRG EXETER, LLC<br>AND<br>CS EXETER, LLC<br>AND<br>WHARTON REALTY GROUP<br><br>DEFENDANTS. | C.A. No._____ |

## **CERTIFICATION**

I, Laurianne Falcone, hereby certify that the facts set forth in the foregoing Notice of Removal are true and correct to the best of my knowledge, information and belief.

Respectfully submitted by,
Marshall Dennehey Warner Coleman & Goggin

_____
Laurianne Falcone, Esquire
Pa. I.D. # 85764

2000 Market Street – Suite 2300,
Philadelphia, PA 19103
Tele. No.: (215) 575-2715
E-mail:  LAFalcone@mdwcg.com
Attorney for Defendant, The Giant Company, LLC

Dated:       1/19/2026

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing of Removal was served this date, via electronic mail, to the following:

>Barry A. Kronthal, Esquire
>Pa. I.D. #55672
>E-mail:  bkronthal@margolisedelstein.com
>214 Senate Avenue, Suite 402
>Camp Hill, PA  17011
>Tele. No.: 717-760-7503
>Attorneys for Defendants, WRG Exeter, LLC,
>CS Exeter, LLC and Wharton Realty Group
>
>Derek R. Layser Esquire
>Friedman Schuman Layser, P.C.
>Pa. I.D. #54938
>dlayser@fsalaw.com
>215-690-3817
>275 Commerce Drive, Suite 210
>Fort Washington PA 19034
>Attorney for Plaintiffs

>>Respectfully submitted by,
>>Marshall Dennehey, P.C.
>>
>>_[signature]_
>>_____
>>Laurianne Falcone, Esquire
>>Pa. I.D. # 85764
>>2000 Market Street – Suite 2300,
>>Philadelphia, PA 19103
>>Tele. No.: (215) 575-2715
>>E-mail:  LAFalcone@mdwcg.com
>>Attorney for Defendant, The GIANT Company, LLC

Dated: 1/19/2026

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN SPINK, SR. AND SHANNON SPINK DESHIELDS AKA SHANNON SPINK AS CO-ADMINISTRATORS OF THE ESTATE OF JOHN SPINK, JR., DECEASED<br><br>   PLAINTIFFS,<br>V.<br>THE GIANT COMPANY, LLC<br>AND<br>WRG EXETER, LLC<br>AND<br>CS EXETER, LLC<br>AND<br>WHARTON REALTY GROUP<br><br>   DEFENDANTS. | C.A. NO._____ |

**TABLE OF CONTENTS**
**TO NOTICE OF REMOVAL**

| EXHIBIT | DOCUMENT |
|---|---|
| | |
| A | Writ |
| B | Complaint |
| C | Affidavit of Service on The Giant Company, LLC |
| D | Affidavit of Service on WRG Exeter, LLC |
| E | Affidavit of Service on CS Exeter |
| F | Entry Laurianne Falcone |
| G | Rule to File Complaint |
| H | Affidavit of Service Wharton Realty |
| I | Entry Jamiliya Aliyeva |
| J | Entry Taniesha Salmons |
| K | Entry Barry Kronthal |
| L | Entry Barry Kronthal |

| | |
|---|---|
| M | Case Management Order |
| N | Preliminary Objections of The GIANT Company, LLC |
| O | Preliminary Objections of WRG Exeter, LLC, CS Exeter, LLC and Wharton Realty Group |
| P | Praecipe to Substitute Verification |

Respectfully submitted by,
Marshall Dennehey Warner Coleman & Goggin

_____
Laurianne Falcone, Esquire
Pa. I.D. # 85764

2000 Market Street – Suite 2300,
Philadelphia, PA 19103
Tele. No.: (215) 575-2715
E-mail:  LAFalcone@mdwcg.com

Attorney for Defendant, The Giant Company, LLC

Dated:        1/19/2026

6